UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:02-CR-00077-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAWN LAMBERT | ) | |

It now appearing to the court that defendant died on or about November 24, 2011 at which time a remaining liability existed in the amount of $6,437.69. THEREFORE, the court does find and conclude that the judgment did abate with the death of said debtor.

This 29 June 2012.

W. Earl Britt
Senior U.S. District Judge